**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James Michael Beird<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8269<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Daria Jean Beird<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2347<br>EIN  __–_____ |

United States Bankruptcy Court   Northern District of Illinois

Case number:   16–34829

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Michael Beird                              Daria Jean Beird

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

June 7, 2021                                                     **For the court:**    Jeffrey P. Allsteadt, Clerk
                                                                                                  United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 16-34829-JSB
James Michael Beird Chapter 13
Daria Jean Beird
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 07, 2021 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | James Michael Beird, Daria Jean Beird, 6 Depot Road, Hancock, NH 03449-5305 |
| 25385015 | | BMO Harris Bank, N.A., P.O. Box 2035, Milwaukee, WI 53201-2035 |
| 25052564 | + | FedLoan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 25052565 | + | FedLoan Sevicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 25052567 | + | Fifth Third Bank, 5050 Kingsley Dr., Cincinnati, OH 45227-1115 |
| 25102786 | + | Fifth Third Bank, PO Box 9013, Addison,TX 75001-9013 |
| 25052568 | + | Harris N.A., Bmo Harris Bank - Bankruptcy Dept.-Brk-1, 770 N Water Street, Milwaukee, WI 53202-0002 |
| 25052569 | + | Harris N.a., Po Box 94034, Palatine, IL 60094-4034 |
| 25052570 | + | Kane County Treasurer, 719 S. Batavia Ave., Building A, Geneva, IL 60134-3079 |
| 25359046 | + | Select Portfolio Servicing Inc, 1 N Dearborn Suite 1200, Chicago, IL 60602-4337 |
| 25052573 | + | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 25052574 | | Select Portfolio Servicing, Inc., 3815 SW Temple, Salt Lake City, UT 84165 |
| 25349521 | + | Select Portfolio Servicing, Inc. as servicer for U, c/o MRLP, LLC, 1 N. Dearborn, Suite 1200, Chicago, IL 60602-4337 |
| 25366778 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 25181876 | + | US Bank National Association, C/O Dana O'Brien, 1 N Dearborn St Suite 1200, Chicago, IL 60602-4337 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25110383 | | EDI: HNDA.COM | Jun 08 2021 02:08:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 25052556 | + | EDI: HNDA.COM | Jun 08 2021 02:08:00 | American Honda Finan, PO Box 168088, Irving, TX 75016-8088 |
| 25052557 | + | EDI: HNDA.COM | Jun 08 2021 02:08:00 | American Honda Finan, 2170 Point Blvd Ste 100, Elgin, IL 60123-7875 |
| 25052558 | + | EDI: TSYS2.COM | Jun 08 2021 02:08:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 25052559 | + | EDI: TSYS2.COM | Jun 08 2021 02:08:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 25243132 | | EDI: BL-BECKET.COM | Jun 08 2021 02:08:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 25113782 | + | EDI: RECOVERYCORP.COM | Jun 08 2021 02:08:00 | Capital Recovery IV LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 25052560 | + | EDI: CITICORP.COM | Jun 08 2021 02:08:00 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 25052561 | + | EDI: CITICORP.COM | | |

Case 16-34829 Doc 37 Filed 06/09/21 Entered 06/09/21 23:22:43 Desc Imaged
Certificate of Notice Page 4 of 5

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 08 2021 02:08:00 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 25052563 | + | EDI: CRFRSTNA.COM | Jun 08 2021 02:08:00 | Credit First/CFNA, 6275 Eastland Rd., Brookpark, OH 44142-1399 |
| 25052562 | + | EDI: CRFRSTNA.COM | Jun 08 2021 02:08:00 | Credit First/CFNA, Bk13 Credit Operations, Po Box 818011, Cleveland, OH 44181-8011 |
| 25052566 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 08 2021 00:42:00 | Fifth Third Bank, Attn: Bankruptcy, 1850 E. Paris Ave., Grand Rapds, MI 49546-6210 |
| 25052572 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2021 00:39:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr., Menomonee Falls, WI 53051-5660 |
| 25052571 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2021 00:39:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 25350645 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 00:34:52 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25381093 | | EDI: PRA.COM | Jun 08 2021 02:08:00 | Portfolio Recovery Associates, LLC, Successor to BARCLAYS BANK DELAWARE, (BARCLAYCARD), POB 41067, Norfolk, VA 23541 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25177539 | | U.S. Bank National Association, as indenture trust |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dana N O'Brien | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 dana.obrien@mccalla.com, NDistrict@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Glenn B Stearns | on behalf of Trustee Glenn B Stearns stearns_g@lisle13.com |
| Glenn B Stearns | mcguckin_m@lisle13.com |

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 07, 2021 | Form ID: 3180W | Total Noticed: 31 |

Jennifer A Filipiak
    on behalf of Debtor 1 James Michael Beird jmclaughlin@sulaimanlaw.com Sulaiman.igotnotices@gmail.com;courtinfo@sulaimanlaw.com

Kinnera Bhoopal
    on behalf of Creditor Select Portfolio Servicing  Inc. kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

Mohammed O Badwan
    on behalf of Debtor 1 James Michael Beird mbadwan@sulaimanlaw.com mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;Sulaiman.igotnotices@gmail.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.c

Patrick S Layng
    USTPRegion11.ES.ECF@usdoj.gov

Ross T Brand
    on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 rbrand@klueverplatt.com, bknotice@klueverplatt.com

TOTAL: 8